UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLLY NOEL, Derivatively on Behalf of THE FIRST MARBLEHEAD CORPORATION,<br><br>                 Plaintiff,<br>v.<br><br>DANIEL MEYERS, KENNETH KLIPPER, PETER S. DROTCH, GEORGE G. DALY, WILLIAM D. HANSEN, THOMAS P. EDDY, DORT A. CAMERON III, NANCY Y. BEKAVAC, STEPHEN E. ANBINDER, PETER B. TARR, WILLIAM R. BERKLEY, and HENRY CORNELL,<br><br>                 Defendants,<br>  -and-<br><br>THE FIRST MARBLEHEAD CORPORATION, a Delaware corporation,<br><br>                 Nominal Defendant. | Case No. 1:13-cv-12683 |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

THIS MATTER IS BEFORE THE Court upon the parties' Stipulation and Joint Motion to Stay Proceedings (the "Joint Motion"). Having reviewed the parties' stipulation, and finding good cause for the relief requested therein, the Court HEREBY ORDERS AS FOLLOWS:

1. The parties' Joint Motion is GRANTED.

2. Defendants are not required to move, answer, or otherwise respond to the complaint, and this derivative action shall be stayed in its entirety pending the resolution and disposition in this Court of *Smith v. The First Marblehead Corporation, et al.*, C.A. No. 13-cv-12121 (the "Securities Action") or until otherwise agreed to by the parties, but subject to each party's right to move the Court to lift the stay, and the other party's right to oppose such motion.

3.   Within ten days of the resolution and disposition of the Securities Action, the parties shall meet and confer concerning a schedule for further proceedings in this derivative action and advise the Court accordingly.

IT IS SO ORDERED, this ___ day of __January__, 2014.

_____
HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

913948